FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAR 2 3 2010
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHARLENE JONES o/b/o T.J.,

                    Plaintiff,

-against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.
----------------------------------------------------------------X

JUDGMENT
07-CV- 4886 (SLT)

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on March 17, 2010, granting the Commissioner's motion for judgment on the pleadings; and dismissing the case; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Commissioner's motion for judgment on the pleadings is granted; and that the case is dismissed.

Dated: Brooklyn, New York
       March 19, 2010

                                          ROBERT C. HEINEMANN
                                          Clerk of Court